THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH V. BENDIX, Appellant.

(Submitted October 10, 1932; decided October 25, 1932.)

*Alfred I. Rosner* for appellant.

*Thomas C. T. Crain, District Attorney (LeRoy Mandle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.